UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| MARTIN SANDOVAL,<br><br>  Plaintiff,<br><br>  vs.<br><br>RANDY GROUNDS, Warden, et al.,<br><br>  Defendants. _____ / | No. C 11-1559 PJH (PR)<br><br>**ORDER OF DISMISSAL** |

This is a civil rights case filed pro se by a state prisoner. The clerk sent him a notice that his application to proceed in forma pauperis ("IFP") was deficient because he had not included a Certificate of Funds in Inmate Account, which is page five of the form application, and a printout of transactions in his prisoner account for the last six months, as required by 28 U.S.C. § 1915(a)(2). A copy of the court's form for applications to proceed in forma pauperis was provided with the notice, along with a return envelope. Plaintiff was informed that the case would be dismissed if he did not either pay the fee or remedy the IFP deficiencies within thirty days.

More than thirty days have elapsed and no response has been received. This case therefore is **DISMISSED** without prejudice.

**IT IS SO ORDERED.**

Dated: June 30, 2011.

PHYLLIS J. HAMILTON
United States District Judge

P:\PRO-SE\PJH\CR.11\SANDOVAL1559.DSM-IFP.wpd